UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD LESTER, | : |
|     Petitioner | : |
| | : |
| v. | : CIVIL NO. 1:12-CV-140 |
| | : |
| DAVID J. EBBERT, WARDEN, | : |
|     Respondent | : |

*O R D E R*

AND NOW, this 26th day of July, 2012, upon consideration of the report and recommendation of the magistrate judge (Doc. 11), filed June 27, 2012, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1.  The magistrate judge's report (Doc. 11) is adopted.

    2.  The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED.

    3.  The Clerk of Court shall close this file.

    4.  A certificate of appealability is denied.


                                        /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge